MITCHELL D. GLINER, ESQ.
Nevada Bar #003419
3017 W. Charleston Blvd., #95
Las Vegas, NV 89102
702) 870-8700
(702) 870-0034 Fax
mgliner@glinerlaw.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Adrienne Jones )<br>)<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>Equifax Information Services LLC )<br>Experian Information Solutions, Inc. )<br>Trans Union LLC )<br>)<br>    Defendants )<br>_____) | Case No. 2:25-cv-00067-DJA |

<u>ORDER RE:</u>
<u>Motion To Extend The Time To File Proper Proof Of</u>

<u>Service as to Experian Information Solutions, Inc. Through</u>

*June 2, 2025*

      This action was filed January 11, 2025 [#1]. On April 14, 2025 this Honorable Court's Notice established a Dismissal Deadline of May 14, 2025 absent the filing of appropriate Proofs of Service [#6]. Counsel for Defendants Equifax Information Services, LLC and Trans Union LLC respectively provided executed Waivers of Service. Each Waiver was filed on May 5, 2025 [#s 7&8].

      Plaintiff has also been in contact with Experian's Counsel. In the absence of shortly obtaining an executed Waiver from Experian, service will be made upon Experian's Resident Agent in Carson City. Plaintiff respectfully requests a one-time extension through June 2, 2025

to file proper Proof of Service as to Experian.

DATED: May 13, 2025

Respectfully submitted,

_____
MITCHELL D. GLINER, ESQ.
Nevada Bar #003419
3017 W. Charleston Blvd. #95
Las Vegas, Nevada 89102

Good cause appearing therein, **IT IS SO ORDERED**.

DATED: 5/14/2025

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE