MITCHELL D. GLINER, ESQ.
Nevada Bar #003419
3017 West Charleston Blvd., #95
Las Vegas, NV 89102
Ofc: (702) 870-8700
Fax: (702) 870-0034
Attorney for Plaintiff
mgliner@glinerlaw.com

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ADRIENNE JONES | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 2:25-cv-00067-DJA |
| | ) |
| Equifax Information Services LLC | ) STIPULATION AND ORDER FOR |
| Experian Information Solutions, Inc. | ) DISMISSAL WITH PREJUDICE |
| Trans Union LLC | ) |
| | ) **Experian** |
| Defendants | ) |

Pursuant to F.R.C.P. 41(a)(1)(A)(ii) and local rule 7-1(b) it is hereby stipulated by the parties hereto that the above-entitled matter be dismissed with prejudice, each party to bear their own costs and attorney's fees.

MITCHELL D. GLINER, ESQ.                           NAYLOR & BRASTER

_____/S/_____                                    _____/S/_____
MITCHELL D. GLINER, ESQ.                           JENNIFER L. BRASTER
Nevada Bar No. 003419                              Nevada Bar No. 9982
3017 W. Charleston Blvd. # 95                      10100 West Charleston Blvd.
Las Vegas, Nevada 89102                            Ste. 120
Attorney for Plaintiff                             Las Vegas, Nevada 89135
                                                   Attorneys for Experian

**IT IS SO ORDERED**.  The Clerk of Court is kindly directed to close this case.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: 8/21/2025